IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY W. BROOM,

      Petitioner,

v.

SCOTT CREWS, WARDEN
MAYO MAYO CORRECTIONAL
INSTITUTION ANNEX and/or
JULIE L. JONES, SECRETARY
OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3407

Opinion filed October 10, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Anthony W. Broom, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondents.

PER CURIAM.

      The petition for writ of habeas corpus is dismissed.  See Baker v. State, 878 So.

2d 1236 (Fla. 2004).

      Because this was the tenth petition for writ of habeas corpus filed in this court to

challenge petitioner's 1981 conviction in Polk County Circuit Court case number 81-

1860, petitioner was directed to show cause why sanctions should not be imposed against him, including a prohibition against any future appeals or petitions challenging the judgment and sentence, unless petitioner is represented by an attorney in good standing with The Florida Bar. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). Petitioner's response fails to present a legal reason why sanctions should not be imposed.

As such, because it is apparent that petitioner's continued and repeated attacks on his conviction and sentence have become an abuse of the legal process, we hold that he is barred from future pro se filings in this court concerning Polk County Circuit Court case number 81-1860. The Clerk of this Court is directed not to accept any future filings concerning this case unless they are signed by a member in good standing of The Florida Bar.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.